IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Sean A. Granville, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| QEP Energy Company and | ) | |
| Halliburton Energy Services, Inc., | ) | Case No. 1:20-cv-098 |
| | ) | |
| Defendants. | ) | |

Before the court is a Stipulated Motion to Extend Deadlines and Continue Trial. The court **GRANTS** the motion (Doc. No. 26) and amends the pretrial deadlines as follows:

1. All fact discovery will be completed by the following deadline, with all written discovery to be served a minimum of thirty (30) days prior to the deadline: February 4, 2022.

2. The parties shall have until February 4, 2022, to file discovery motions.

3. The deadlines for exchanging complete expert witness reports:

    March 1, 2022  for plaintiff(s);

    April 15, 2022  for defendant(s): and

    May 2, 2022  for any rebuttal experts.

4. The parties shall have until July 1, 2022, to complete discovery depositions of expert witnesses.

5. The parties shall have until July 15, 2022, to file dispositive motion.

The final pretrial conference set for February 22, 2022, shall be rescheduled for January 10, 2023 at 9:00 AM by telephone. To participate in the final pretrial conferences, the parties should call (877) 810-9415 and enter access code 8992581. The jury trial set for March 7, 2022, shall be

rescheduled for January 23, 2023, at 9:00 AM in Bismarck before Judge Traynor (courtroom #1). A four (4) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 15th day of November, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
