IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Sean A. Granville,<br><br>       Plaintiff,<br><br>vs.<br><br>QEP Energy Company and<br>Halliburton Energy Services, Inc.,<br><br>       Defendants. | **ORDER**<br><br>Case No. 1:20-cv-098 |

Before the court is the parties' stipulated motion to extend deadlines and continue trial. The court **GRANTS** the parties' motion (Doc. No. 28). The pretrial deadlines shall be amended as follows:

1. All fact discovery will be completed by the following deadline, with all written discovery to be served a minimum of thirty (30) days prior to the deadline: November 4, 2022.

2. Discovery motions are due by November 4, 2022.

3. The deadlines for exchanging complete expert witness reports are as follows:

    a. December 1, 2022, for plaintiff;

    b. January 16, 2023, for defendants; and

    c. February 3, 2023, for any rebuttal experts.

4. Discovery depositions of expert witnesses shall be completed by April 1, 2023.

5. The parties shall have until April 14, 2023, to file dispositive motions.

The final pretrial conference set for January 10, 2023, shall be rescheduled for September 5, 2023, at 9:00 AM by telephone before the Magistrate Judge. To participate in the conference, the parties

1

are to call (877) 810-9415 and enter access code 8992851.  The jury trial set for January 23, 2023, shall be rescheduled for September 18, 2023, at 9:30 AM in Bismarck before Judge Traynor.  A four (4) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 12th day of July, 2022.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court