# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Sean A. Granville, | ) |
|        Plaintiff, | )    **ORDER** |
| vs. | ) |
| QEP Energy Company, and<br>Halliburton Energy Services, Inc., | )    Case No. 1:20-cv-098 |
|        Defendants. | ) |

On August 14, 2023, the parties filed a Stipulation to Continue Trial Date. (Doc. No. 39). The court **ADOPTS** the parties' stipulation (Doc. No. 39). The jury trial set for September 18, 2023, shall be rescheduled for May 13, 2024, at 9:30 AM in Bismarck before Judge Traynor. A four (4) day trial is anticipated. The final pretrial conference set for September 5, 2023, is rescheduled for April 30, 2024, at 9:00 AM by telephone. To participate in the final pretrial conference, the parties should call (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 15th day of August, 2023.

                                                   */s/ Clare R. Hochhalter*
                                                 Clare R. Hochhalter, Magistrate Judge
                                                 United States District Court